| | |
|---|---|
| CARLTON T. BOYLES, | ) **DECLARATION OF SEVILLE SLATER IN** |
| | ) **SUPPORT OF DEFENDANTS LANGMORE** |
| Plaintiff, | ) **CAPITAL, LLC AND EQUITY TRUST** |
| | ) **COMPANY'S PETITION TO COMPEL** |
| vs. | ) **ARBITRATION** |
| | ) |
| LANGMORE CAPITAL, LLC and | ) |
| EQUITY TRUST COMPANY, | ) |
| | ) |
| Defendants. | ) |
| | ) |

1. I, Seville Slater, hereby declare that I am over eighteen years of age and a resident of the State of California. I submit this declaration in support of Langmore Capital, LLC's petition to compel arbitration in the above-entitled action. I have personal knowledge of all matters herein, except where stated otherwise, and could and would competently testify thereto if called upon to do so.

2. I am employed by Langmore Capital, LLC ("Langmore") as the Director of Operations. In this capacity, I share responsibility for the possession, custody, and control of Langmore's agreements with customers, including agreements between Langmore and Carlton T. Boyles ("Plaintiff").

3. Attached hereto as Exhibit 1 is a true and correct copy of the "Shipping and Transaction Agreement," between Plaintiff and Langmore ("Agreement"), which includes a Certificate of Completion confirming that Plaintiff electronically signed the declaration via DocuSign on October 28, 2019 at 8:21:54 a.m.

4.  Attached hereto as Exhibit 2 is a true and correct copy of the invoice number CB12872 that Langmore sent to Plaintiff on or about November 6, 2019, reflecting Plaintiff's acquisition of gold and silver.

5.  Attached hereto as Exhibit 3 is a true and correct copy of the invoice number CB12872 that Langmore sent to Plaintiff on or about November 7, 2019, reflecting Plaintiff's acquisition of gold and silver.

6.  Attached hereto as Exhibit 4 is a true and correct copy of Plaintiff's letter to Langmore, notifying Langmore of his allegation he should be entitled to rescind the Agreement.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on the 25th day of June, 2020 at 9350 Wilshire Blvd, Suite 203, Beverly Hills, California 90212.

By: _____